## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

STEFANI RUDIGIER,

    Plaintiff**,**

v.

ST. FRANCOIS COUNTY, MISSOURI,
et al.,

    Defendants.

Cause No.:  4:22-cv-01103-RWS

## <u>PLAINTIFF STEFANI RUDIGIER'S MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST ALL DEFENDANTS</u>

IT IS STIPULATED by all Parties that all claims against all Defendants in this matter should be dismissed with prejudice pursuant to a settlement agreement between the parties.

Dated: September 25, 2024

Respectfully submitted,

ARCHCITY DEFENDERS, INC.

*/s/ Maureen Hanlon*
Maureen Hanlon (MBE#70990MO)
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
855-724-2489
314-925-1307 (fax)
mhanlon@archcitydefenders.org

/s/ Vincent Colianni, II
COLIANNI & LEONARD, L.L.C.
Vincent Colianni, II, #768VI
Marina Leonard, #R2058VI
Colianni & Colianni, LLC
4001 Village Run Rd.
Wexford, PA 15090
(340) 690-0629
vinny@colianni.com
marina@colianni.com

/s/ Kevin M. Carnie, Jr.
THE SIMON LAW FIRM, P.C.
Kevin M. Carnie Jr. (MBE #60979MO)
John M. Simon (MBE #68393MO)
Patrick R. McPhail (MBE #70242MO)
800 Market Street, Suite 1700
St. Louis, Missouri 63101
(314) 241-2929
(314) 241-2029 (fax)
kcarnie@simonlawpc.com
jmsimon@simonlawpc.com
pmcphail@simonlawpc.com

*Attorneys for the Plaintiffs*

HELLMICH, HILL & RETTER, LLC

By: /s/ *William A. Hellmich*
William A. Hellmich, #31182
1049 N. Clay Ave.
Kirkwood, MO  63122
Phone: 314-646-1110
Fax:    314-646-1122
E-mail:bill@hellmichhillretter.com

*Attorney for Defendants*